# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| ROBERT A. PLICHTA | § | Case No. 17-82147 |
| DONNA M. PLICHTA | § | |
| | § | |
| | § | |
| Debtors | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BERNARD J. NATALE, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 602,775.00 *(Without deducting any secured claims)* | Assets Exempt: 70,380.38 |
| Total Distributions to Claimants: 16,466.86 | Claims Discharged Without Payment: 2,752,915.94 |
| Total Expenses of Administration: 6,561.14 | |

3) Total gross receipts of $ 23,028.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 23,028.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 1,589,989.00 | $ 476,000.00 | $ 476,000.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 6,561.14 | 6,561.14 | 6,561.14 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 29,719.00 | 1,149,674.80 | 1,149,674.80 | 16,466.86 |
| **TOTAL DISBURSEMENTS** | $ 1,619,708.00 | $ 1,632,235.94 | $ 1,632,235.94 | $ 23,028.00 |

4) This case was originally filed under chapter 7 on 09/13/2017 . The case was pending for 8 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  05/24/2018              By:/s/BERNARD J. NATALE, TRUSTEE
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Stock Sale Pending (Est.) | 1129-000 | 23,028.00 |
| **TOTAL GROSS RECEIPTS** | | **$23,028.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Consumers Credit Union, P. O. Box 9119 Waukegan, IL 60079-9119 | | 240,893.00 | NA | NA | 0.00 |
| | Shellpoint Mortgage Servicing, Attn: Bankruptcy P. O. Box 10826 Greenville, SC 29603 | | 1,349,096.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3-2S | The Bank of New York Mellon fna the Bank | 4110-000 | NA | 476,000.00 | 476,000.00 | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 1,589,989.00 | $ 476,000.00 | $ 476,000.00 | $ 0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE | 2100-000 | NA | 3,052.80 | 3,052.80 | 3,052.80 |
| BERNARD J. NATALE | 2200-000 | NA | 9.08 | 9.08 | 9.08 |
| Associated Bank | 2600-000 | NA | 131.13 | 131.13 | 131.13 |
| BERNARD J. NATALE LTD | 3110-000 | NA | 3,360.00 | 3,360.00 | 3,360.00 |
| BERNARD J. NATALE LTD | 3120-000 | NA | 8.13 | 8.13 | 8.13 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 6,561.14 | $ 6,561.14 | $ 6,561.14 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Firstmark/idapp, 121 South 13th Street, #201 Lincoln, NE 68508 | | 11,329.00 | NA | NA | 0.00 |
| | Joel F. Handler | | 5,000.00 | NA | NA | 0.00 |
| | Navient, Attn: Claims Dept. P. O. Box 9500 Wilkes-Barr, PA 18773 | | 7,390.00 | NA | NA | 0.00 |
| | Rogers Law Group, 707 Lake Cook Road, #312 Deerfield, IL 60015 | | 6,000.00 | NA | NA | 0.00 |
| 1 | Consumers Credit Union | 7100-000 | NA | 264,230.97 | 264,230.97 | 3,784.60 |
| 2 | NAVIENT SOLUTIONS LLC | 7100-000 | NA | 7,089.50 | 7,089.50 | 101.54 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3-2U | The Bank Of New York Mellon | 7100-000 | NA | 878,354.33 | 878,354.33 | 12,580.72 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 29,719.00 | $ 1,149,674.80 | $ 1,149,674.80 | $ 16,466.86 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 17-82147 | TML | Judge: | Thomas M. Lynch | Trustee Name: | BERNARD J. NATALE, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | ROBERT A. PLICHTA | | | | Date Filed (f) or Converted (c): | 09/13/2017 (f) |
| | DONNA M. PLICHTA | | | | 341(a) Meeting Date: | 11/02/2017 |
| For Period Ending: | 05/24/2018 | | | | Claims Bar Date: | 02/07/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 750 Plum Tree Road Barrington Hills Il 60010-0000 Mchenry | 600,000.00 | 600,000.00 | OA | 0.00 | FA |
| 2. 2000 Ford Expedition Mileage: 211,000 | 1,000.00 | 1,000.00 | OA | 0.00 | FA |
| 3. 2006 Buick Rendezvous | 1,100.00 | 1,100.00 | OA | 0.00 | FA |
| 4. Livingroom Furniture And Television | 300.00 | 0.00 | OA | 0.00 | FA |
| 5. Bedroom Set, Washer And Dryer | 300.00 | 0.00 | OA | 0.00 | FA |
| 6. Diningroom Set, Kitchen Table And Chairs | 250.00 | 0.00 | OA | 0.00 | FA |
| 7. Kitchen Utensils, Stove, Refrigerator And Microwave | 400.00 | 0.00 | OA | 0.00 | FA |
| 8. Craft Materials And Completed Crafts | 1,200.00 | 0.00 | OA | 0.00 | FA |
| 9. Wearing Apparel | 450.00 | 0.00 | OA | 0.00 | FA |
| 10. Jewelry | 350.00 | 0.00 | OA | 0.00 | FA |
| 11. Building Materials Held For Home Repairs Required By Mortgag | 75.00 | 0.00 | OA | 0.00 | FA |
| 12. Riding Lawn Mower (Damaged) | 400.00 | 0.00 | OA | 0.00 | FA |
| 13. Chase Bank | 2,945.00 | 0.00 | OA | 0.00 | FA |
| 14. Chase Bank | 23.00 | 0.00 | OA | 0.00 | FA |
| 15. Stock Sale Pending (Est.) | 15,000.00 | 0.00 | | 23,028.00 | FA |
| 16. Vanguard | 64,362.38 | 0.00 | OA | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $688,155.38 | $602,100.00 | | $23,028.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

Exhibit 8

RE PROP #       15   --   Order entered removing exemption  2-22-18.  Amended A/B and C filed 02/26/18

Initial Projected Date of Final Report (TFR): 06/30/2018         Current Projected Date of Final Report (TFR): 06/30/2018

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 17-82147 | Trustee Name: BERNARD J. NATALE, TRUSTEE |
| Case Name: ROBERT A. PLICHTA | Bank Name: Associated Bank |
| DONNA M. PLICHTA | Account Number/CD#: XXXXXX8939 |
| | Checking |
| Taxpayer ID No: XX-XXX4021 | Blanket Bond (per case limit): $3,000.00 |
| For Period Ending: 05/24/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/05/17 | 15 | Engineering Systems Inc<br>4215 Campus Drive<br>Aurora, Illinois 60504 | Stock Sale | 1129-000 | $23,028.00 | | $23,028.00 |
| 11/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.81 | $22,998.19 |
| 12/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $33.09 | $22,965.10 |
| 01/08/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.14 | $22,930.96 |
| 02/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.09 | $22,896.87 |
| 04/26/18 | 1101 | BERNARD J. NATALE<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENTER<br>ROCKFORD, IL  61107 | Distribution | | | $3,061.88 | $19,834.99 |
| | | BERNARD J. NATALE | Final distribution representing a payment of 100.00 % per court order. | ($3,052.80) | 2100-000 | | |
| | | BERNARD J. NATALE | Final distribution representing a payment of 100.00 % per court order. | ($9.08) | 2200-000 | | |
| 04/26/18 | 1102 | BERNARD J. NATALE LTD<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENER<br>ROCKFORD, IL  61107 | Distribution | | | $3,368.13 | $16,466.86 |
| | | BERNARD J. NATALE LTD | Attorney Fees  ($3,360.00) | 3110-000 | | | |
| | | BERNARD J. NATALE LTD | Attorney Expenses  ($8.13) | 3120-000 | | | |
| 04/26/18 | 1103 | Consumers Credit Union<br>1075 Tri State Parkway<br>Gurnee, Il 60031 | Judgement | 7100-000 | | $3,784.60 | $12,682.26 |

Page Subtotals: $23,028.00   $10,345.74

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 17-82147 | Trustee Name: BERNARD J. NATALE, TRUSTEE |
| Case Name: ROBERT A. PLICHTA | Bank Name: Associated Bank |
| DONNA M. PLICHTA | Account Number/CD#: XXXXXX8939 |
| | Checking |
| Taxpayer ID No: XX-XXX4021 | Blanket Bond (per case limit): $3,000.00 |
| For Period Ending: 05/24/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/26/18 | 1104 | NAVIENT SOLUTIONS LLC<br>P O BOX 9000<br>WILKES-BARRE PA 18773-9000 | Ref #3681 | 7100-000 | | $101.54 | $12,580.72 |
| 04/26/18 | 1105 | The Bank Of New York Mellon<br>as Trte for the Certificateholders of Cwalt, Inc.,<br>Alternative Loan Tr 2007-11T1, Mrtge Pass-Thru Cert Series 2007-11T1<br>C/O Shellpoint Mortgage Servicing<br>Po Box 10826<br>Greenville, Sc 29603-0826 | Ref #6071 | 7100-000 | | $12,580.72 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $23,028.00 | $23,028.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $23,028.00 | $23,028.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $23,028.00 | $23,028.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*    Page Subtotals:    $0.00    $12,682.26

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8939 - Checking | $23,028.00 | $23,028.00 | $0.00 |
| | $23,028.00 | $23,028.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $23,028.00 |
| Total Gross Receipts: | $23,028.00 |